COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Artis Charles Harrell v. Branch Brinson, Salon Park Dairy Ashford, L.L.C. a/k/a S.P. Dairy Ashford, L.L.C., and Brinson Management Corporation

Appellate case number:   01-13-00313-CV

Trial court case number: 2006-02867

Trial court:             189th District Court of Harris County

Date motion filed:       July 15, 2013

Party filing motion:     Appellant

It is ordered that the motion for rehearing is **denied**.

Judge's signature: /s/ Terry Jennings
                        Acting for the Court

Panel consists of: Justices Jennings, Brown, and Huddle

Date: August 15, 2013